

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00156-CR

_____

IN RE RAYMOND GILBERT

Original Mandamus Proceeding

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

For the second time in a matter of months, Raymond Gilbert has petitioned this Court for mandamus relief. Gilbert would have us compel the trial court, the Honorable R. Scott McKee of the 392nd Judicial District Court of Henderson County, to rule on motions Gilbert claims to have filed. We will dismiss Gilbert's petition.

Section 22.221 of the Texas Government Code provides, "Each court of appeals for a court of appeals district may issue all writs of mandamus, agreeable to the principles of law regulating those writs, against: (1) a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district." *See* TEX. GOV'T CODE ANN. § 22.221(b)(1) (Supp.). As we noted in our previous opinion denying mandamus relief, the 392nd Judicial District Court of Henderson County is not located within our district. TEX. GOV'T CODE ANN. § 22.201(g) (Supp.). It is located within the district of the Tyler Court of Appeals. *See* TEX. GOV'T CODE ANN. § 22.201(m) (Supp.). Although Gilbert's underlying criminal appeal was transferred to this Court pursuant to the Texas Supreme Court's docket equalization order, such transfer does not confer jurisdiction on this Court in a separate original proceeding. *See In re Davis*, 87 S.W.3d 794, 795 (Tex. App.—Texarkana 2002, orig. proceeding).

We, therefore, dismiss the petition for writ of mandamus for want of jurisdiction.


Ralph K. Burgess
Justice

Date Submitted:        July 25, 2019
Date Decided:          July 26, 2019

Do Not Publish